In the Matter of SAMUEL GOLDBERG, Appellant, against CITY OF NEW YORK, Respondent.— Order denying appellant's motion for leave to serve an amended notice of claim pursuant to subdivision 6 of section 50-e of the General Municipal Law and for leave to serve an amended complaint affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

In the Matter of the Probate of the Will of ETTIE L. STICKNEY, Deceased. ALBERT IMANDT et al., Appellants; NATHAN LAZARUS, Respondent.— In a probate proceeding in the Surrogate's Court, Richmond County, contestants appeal from a decree admitting the will to probate and from an intermediate order denying contestants' motion for leave to file a jury demand nunc pro tunc. Decree and order unanimously affirmed, without costs. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

WILLIAM H. JEFFRIES, as Administrator of the Estate of HILDEGARD H. JEFFRIES, Deceased, Appellant, v. JAMES CHAMBERS et al., Respondents.— In an action to recover damages for wrongful death and for conscious pain and suffering arising from injuries to plaintiff's intestate allegedly caused by defendants' dog, plaintiff appeals from a judgment for defendants upon dismissal of the complaint at the close of the plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.